NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7059

DAVID C. CORSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2573, Judge Alan G. Lance, Sr.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

David C. Corson moves for leave to file a corrected opening brief. Corson also moves to "subpoena the record" and submits two motions to admit additional evidence into the record. The Secretary of Veterans Affairs responds.

The Secretary states that the documents Corson seeks to admit as additional evidence are already part of the record on review and thus it is not necessary to admit them into the record.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Corson's motion for leave to file a corrected informal brief is granted and the brief is accepted for filing.

(2)     Corson's additional motions are denied.

FOR THE COURT

__MAY 1 8 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David C. Corson
William P. Rayel, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK

2010-7059                    - 2 -